ORIGINAL
FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2005 SEP 19 PM 1: 13

CLERK _Burton_
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| LARRY MOSS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NELSON INSURANCE AGENCY, )<br>PROGRESSIVE PREFERRED )<br>INSURANCE COMPANY, )<br>)<br>Defendants. ) | CV 105-109 |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, wherein the Magistrate Judge recommended that this case be dismissed for lack of subject matter jurisdiction. Plaintiff's claims regard the loss of his 2000 Ford Mustang--he alleges that Defendants, his insurers, have wrongfully refused to compensate him for its loss. Noting that the alleged loss of a 2000 Ford Mustang does not support an amount in controversy exceeding $75,000.00, the Magistrate Judge noted that Plaintiff's attempt to invoke the Court's diversity jurisdiction amounted to an unsupported "jurisdictional blandishment." (Doc. no. 4, p. 5).

In his objections, Plaintiff contends--without support--that the loss of his Mustang and his resulting pain and suffering actually give rise to $60,000.00 in damages. (Doc. no. 6, p. 1). To begin, Plaintiff's objections fail to address the key issue--Plaintiff's need to provide the Court with allegations supporting federal jurisdiction. Moreover, even assuming

that Plaintiff's loss of his car gives rise to the alleged damages, a $60,000.00 loss clearly falls short of establishing an amount in controversy exceeding $75,000.00, as required to invoke the Court's diversity jurisdiction. See 28 U.S.C. § 1332.

In sum, Plaintiff's objections provide no basis for concluding that the Court has jurisdiction over this matter. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. This case is **DISMISSED** without prejudice for lack of subject matter jurisdiction, and Plaintiff's motions to proceed *in forma pauperis* (doc. no. 2) and for discovery (doc. no. 7) are **DENIED as MOOT**.

SO ORDERED this 19th day of September, 2005, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE

# United States District Court
## Southern District of Georgia

ATTORNEYS SERVED:

LARRY MOSS
708-D RAILROAD ST.
WARRENTON, GA 30828

CASE NO: CV105-109
DATE SERVED: 09/19/05
SERVED BY: JOSEPH A. HOWELL, III

- [ ] Copy placed in Minutes
- [x] Copy given to Judge
- [x] Copy given to Magistrate